# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TPHOENIXSMR LLC | |
| Plaintiff, | Case No. |
| v. | |
| WAVEXR, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

## COMPLAINT

Plaintiff TPhoenixsmr LLC ("TPhoenix") brings this Complaint against Defendant WaveXR, Inc. ("WaveXR"). TPhoenix alleges as follows.

## PARTIES

1. Plaintiff TPhoenix is a Michigan limited liability company.

2. WaveXR is a Delaware corporation. WaveXR makes, uses, and/or sells virtual reality products that replicate a concert experience for users from the comfort of their virtual reality device, which infringes TPhoenix's patents as set forth in this Complaint.

## JURISDICTION AND VENUE

3. This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has specific personal jurisdiction over WaveXR consistent with the principles underlying the U.S. Constitution at least because WaveXR, as a Delaware corporation, resides in this district.

5. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400 at least because WaveXR resides in this district.

## TPHOENIX'S PATENT

6. United States Patent No. 12,322,014 ("the '014 Patent") issued on June 3, 2025 and is titled INTERACTIVE VIRTUAL REALITY BROADCAST SYSTEMS AND METHODS. A true and correct copy of the '014 Patent is attached to this Complaint as Exhibit A.

7. TPhoenix is the lawful owner of all rights, title, and interest in and to the '014 Patent, possesses all rights of recovery under the '014 Patent, and has standing to sue for infringement of the '014 Patent.

8. The '014 Patent relates to a virtual reality system for performances and concerts.

9. The '014 Patent is valid and enforceable.

## WAVEXR'S INFRINGING PRODUCT

10. WaveXR also offers a virtual reality system for performances and concerts (the "Infringing Product").

11. WaveXR makes, imports, offers for sale, sells, and/or uses in the United States the Infringing Product, which infringes several claims of the '014 Patent by practicing the method of the '014 Patent as shown in the claim chart attached to this Complaint as Exhibit B.

12. WaveXR has been on notice of the '014 Patent and its infringement of the '014 Patent since at least June 30, 2025 via a letter sent to WaveXR by TPhoenix. [Exhibit C, Patent Notice Letter]. Despite such notice, WaveXR continues to practice the method of the '014 Patent with its Infringing Product.

## COUNT I
## DIRECT INFRINGEMENT OF THE '014 PATENT

13. TPhoenix incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

14. WaveXR has been and is now infringing, literally and/or under the doctrine of equivalents, the '014 Patent in this district and elsewhere by making, using, importing into the United States, offering for sale, and/or selling its Infringing Product, which meets each feature of several claims of the '014 Patent, without license or authorization, as shown in Exhibit B. These acts constitute infringement under at least 35 U.S.C. § 271(a).

15. TPhoenix has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284 adequate to compensate it for WaveXR's infringement.

16. As a direct and proximate consequence of the infringement, TPhoenix has been and is being harmed, and, unless WaveXR's infringing acts and practices are enjoined by the Court, will continue to be injured in its property rights.

17. On information and belief, WaveXR's infringement will continue unabated unless and until enjoined by this Court.

18. WaveXR's infringement of the '014 Patent is and has been willful. WaveXR has been on notice of the '014 Patent since at least June 30, 2025, yet continues to practice the method of the '014 Patent.

**PRAYER FOR RELIEF**

TPhoenix asks this Court to enter judgment against WaveXR and its officers, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

A. An adjudication that WaveXR has infringed one or more claims of the '014 Patent;

B. An adjudication that WaveXR's infringement is and has been willful;

C. The ascertainment of and award to TPhoenix of damages from the infringement of one or more claims of the '014 Patent, together with prejudgment and post-judgment interest and any other costs and expenses permitted by law, under 35 U.S.C. § 284;

D. A finding that this case is exceptional and the award of reasonable attorneys' fees, costs, and expenses in this action to TPhoenix under 35 U.S.C. § 285;

4

E.    Awarding to TPhoenix such other and further relief as this Court may deem just and proper.

## JURY DEMAND

TPhoenix hereby demands a trial by jury on all issues so triable.

Dated: November 21, 2025　　　　　　　GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
Email: cbrown@gsbblaw.com

*Attorney for Plaintiff*